IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02209–EWN–BNB

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

    Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

    Defendants.

## TEMPORARY RESTRAINING ORDER

This matter came before the court on "Plaintiffs' Motion for a Temporary Restraining Order," filed October 26, 2007. Upon review of the motion and the opposition thereto, and after a hearing, there being good cause therefore, it is hereby ORDERED that:

1. DEFENDANTS shall take all steps necessary to maintain the existing wages, rules, and working conditions of their IAM-represented Mechanics and Clerks until exhaustion of the Railway Labor Act process or further order of this court.

2. This Temporary Restraining Order shall expire November 10, 2007, unless modified.

3.  A hearing on Plaintiffs' request for a Preliminary Injunction is set for **November 7, 2007, at 9:00 A.M.**  Any additional briefing or documentation regarding the preliminary injunction shall be submitted to the court on or before November 5, 2007, at 9:00 A.M.

**SO ORDERED.**

Dated this 31st day of October, 2007, 4:45 P.M.

                                             BY THE COURT:

                                             s/ Edward W. Nottingham
                                             EDWARD W. NOTTINGHAM
                                             Chief United States District Judge