IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                     Date: November 7, 2007
Therese Lindblom, Court Reporter

Civil Action No. 07–cv–02209–EWN–BNB

| *Parties:* | *Counsel:* |
|---|---|
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, and IAM DISTRICT LODGE 143, | Jeffrey A. Bartos |
| Plaintiffs, | |
| v. | |
| GREAT LAKES AVIATION, LTD., GREAT LAKES AIRLINES, and | Timothy Thornton and Matthew Brodin |
| NATIONAL MEDIATION BOARD, | Timothy Jafek |
| Defendants. | |

### COURTROOM MINUTES

**Preliminary Injunction Hearing**

**9:03 a.m.**     Court in session.

Discussion regarding possible mirror image nature of these proceedings in Minnesota.

Discussion regarding this court's jurisdiction if this is a "minor dispute."

Argument by Mr. Bartos regarding mirror image, jurisdiction of this court, and collective bargaining agreement.

*Courtroom Minutes*
*07-cv-02209-EWN-BNB*
*Chief Judge Edward W. Nottingham*
*Page 2 of 4*

Argument by Mr. Thornton regarding mirror image, jurisdiction of this court, and collective bargaining agreement.

Argument by Mr. Bartos regarding status quo.

Further discussion as to whether the issues raised constitute a minor or major dispute.

Court directs counsel to proceed with evidence presentation.

**9:41 a.m.**      Plaintiffs' witness, Kevin Graf, called and sworn.

Direct examination by Mr. Bartos.

*Exhibits Identified: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16*

*Exhibits Received: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16*

**9:58 a.m.**      Cross examination by Mr. Thornton.

*Exhibits Identified: A-1, A-5, A-18*

*Exhibits Received: A-1, A-5, A-18*

**10:23 a.m.**      Court in recess.

**10:34 a.m.**      Court in session.

**10:34 a.m.**      Plaintiffs' witness, Stephen Gordon, called and sworn.

Direct examination by Mr. Bartos.

**10:50 a.m.**      Cross examination by Mr. Thornton.

*Exhibit Identified: A-26, A-17, A-18*

*Exhibit Received: A-18*

*Exhibit Rejected: A-26*

*Courtroom Minutes*
*07-cv-02209-EWN-BNB*
*Chief Judge Edward W. Nottingham*
*Page 3 of 4*

**11:21 a.m.**    Re-direct examination by Mr. Bartos.

**11:22 a.m.**    Witness is excused.

**11:23 a.m.**    Plaintiffs' witness, Paul Longden, called and sworn.

Direct examination by Mr. Bartos.

**11:36 a.m.**    Cross examination by Mr. Thornton.

**11:47 a.m.**    Re-direct examination by Mr. Bartos.

**11:47 a.m.**    Witness is excused.

Plaintiffs rest.

Discussion regarding Defendants' witnesses.

**11:50 a.m.**    Court in recess.

**1:20 p.m.**    Court in session.

**1:21 p.m.**    Defendants' witness, Scott Lewis, called and sworn.

Direct examination by Mr. Thornton.

*Exhibits Identified: A-20, A-22, A-23, A-19, A-21, A-24, A-25, A-17,*

*Exhibits Received: A-20, A-22, A-23, A-19, A-21, A-24, A-25, A-17*

**1:44 p.m.**    Cross examination by Mr. Bartos.

**1:59 p.m.**    Re-direct examination by Mr. Thornton.

**2:01 p.m.**    Witness is excused.

Court directs counsel to focus on whether there has been a termination of negotiations.

Mr. Thornton requests a brief break for the benefit of next witness.

*Courtroom Minutes*
*07-cv-02209-EWN-BNB*
*Chief Judge Edward W. Nottingham*
*Page 4 of 4*

**2:05 p.m.**         Court in recess.

**2:08 p.m.**         Court in session.

**2:08 p.m.**         Defendants' witness, Douglas Voss, called and sworn.

Direct examination by Mr. Thornton.

**2:13 p.m.**         Witness is excused.

Defense rests.

**2:14 p.m.**         Argument by Mr. Thornton.

Court's findings.

**ORDERED:**         **The Plaintiffs' Motion for Preliminary Injunction (#23, filed November 5, 2007) is GRANTED.  Defendants are enjoined from altering the status quo which existed as of October 31, 2007.  Counsel shall confer as to the form of the injunction; any disputes as to form may be brought to this court.  Plaintiffs' counsel shall prepare a written form of the injunction and submit it to this court.**

**2:47 p.m.**         Court in recess.

Hearing concluded.

Total time in court:  04:00