IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 07–cv–02209–EWN–BNB

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,
AFL-CIO, and
IAM DISTRICT LODGE 143,

   Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

   Defendants.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED this 7th day of November, 2007.

                              BY THE COURT:

                              _____
                              Edward W. Nottingham, Chief Judge

_____
Counsel for ~~Government~~
   Plaintiffs

_____
Counsel for Defendant