IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07-cv-02209 EWN-BNB

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

    Plaintiffs

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

    Defendants.

---

## PRELIMINARY INJUNCTION

---

This matter came before the Court on the motion of the International Association of Machinists and Aerospace Workers, AFL-CIO, and its District Lodge 143, for a Preliminary Injunction. Upon review of the motion and the opposition thereto, after an evidentiary hearing, and for the reasons set forth in the Court's Findings of Fact and Conclusions of Law stated on the record on November 7, 2007, it is hereby ORDERED, that:

    1.    Defendants Great Lakes Aviation, Ltd. and Great Lakes Airlines shall maintain the wages, rules and working

conditions of their IAM-represented Mechanics and Clerks as they existed on October 31, 2007, until exhaustion of the Railway Labor Act process, further order of this Court, or agreement by the parties; and

2. Defendants Great Lakes Aviation, Ltd. and Great Lakes Airlines shall participate, in good faith, in mediation as directed by the National Mediation Board.

SO ORDERED.

Dated, *nunc pro tunc*, the 7th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge