IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02209-EWN-BNB

INTERNATIONAL ASSOCIATE OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. At the conference, I was informed that a petition to decertify the union has been filed and is pending. Resolution of that matter may require several months, and the results could moot this action. At the request of the parties, I did not enter a case schedule.

IT IS ORDERED that on or before **January 16, 2008**, the parties shall file a motion to stay or a status report addressing why no such motion has been filed.

Dated January 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge