IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–02209–EWN–BNB

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

    Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

    Defendants.

---

# ORDER

---

    This matter comes before the court on the Joint Motion of all parties to stay proceedings or administratively close this case pending resolution of a representation investigation now pending before the National Mediation Board.

    Upon consideration of that Motion, along with the written recommendation of Magistrate Judge Boland, and there being good cause therefore, it is hereby ORDERED that:

    1.    This case shall be administratively closed.

    2.    The preliminary injunction issued by this Court on November 7, 2007 shall remain in effect and fully enforceable by this Court during the period of such stay [or administrative closure]; and

3. Within 10 days of resolution of the NMB proceeding, the parties shall confer and report to this Court regarding further proceedings, if any, in this matter.

IT IS SO ORDERED.

Dated this 25th day of January, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge