IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07-cv-02209 EWN-BNB


INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

    Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

    Defendants.

-----------------------------------------------------------------------------------------------------

**ORDER**

-----------------------------------------------------------------------------------------------------

This matter came before the Court by a Status Report filed on July 24, 2008. Based upon the parties' joint recommendation, this case remains administratively closed. The parties shall have until August 24, 2008, to file either a motion to close the case pursuant to the settlement agreement between the IAM and Great Lakes, or a further status report. The parties may seek the assistance of Magistrate Judge Boland to facilitate the settlement.

IT IS SO ORDERED, this 25th day of July, 2008.


                          s/ Edward W. Nottingham
                          CHIEF UNITED STATES DISTRICT JUDGE