IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02209-EWN-BNB

INTERNATIONAL ASSOCIATE OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. At the conference, I was informed that the parties are very near to reaching a settlement, which will include a request for the entry of a consent decree.

IT IS ORDERED that the parties must either (1) file, on or before **August 15, 2008**, a motion to reopen this action pursuant to D.C.COLO.LCivR 41.2 for purposes of completing the settlement or (2) appear for a settlement conference on **August 18, 2008, at 1:30 p.m.**, in Courtroom A-401, Alfred A. Arraj United States Courthouse, 1901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that if the parties appear for a settlement conference, the following requirements shall apply:

All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to my chambers on or before **August 15, 2008, at 12:00 noon**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated July 31, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge