IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07-cv-02209 EWN-BNB

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO, and
IAM DISTRICT LODGE 143,

    Plaintiffs,

v.

GREAT LAKES AVIATION, LTD.,
GREAT LAKES AIRLINES, and
NATIONAL MEDIATION BOARD,

    Defendants.

-----------------------------------------------------------------------------------------------------

**CONSENT DECREE**

-----------------------------------------------------------------------------------------------------

This matter has come before the Court upon the plaintiffs' motion, joined by the Great Lakes defendants, for entry of a Consent Decree embodying the terms of the preliminary injunction previously entered in this action. Upon consideration of that motion and the entire record herein, and there being good cause therefore, it is hereby ORDERED, that the motion is GRANTED.

It is further ORDERED, with the consent of plaintiffs the International Association of Machinists and Aerospace Workers, AFL-CIO, and its District

Lodge 143 (collectively, "the IAM") and defendants Great Lakes Aviation, Ltd. and Great Lakes Airlines (collectively, "Great Lakes"), that:

1. Great Lakes shall maintain the wages, rules and working conditions of the airline's IAM-represented Mechanics and Clerks as they existed on October 31, 2007, except as modified by agreement by the parties, until exhaustion of the Railway Labor Act Section 6 process or a determination by the National Mediation Board that the IAM is no longer the representative of any craft or class of Great Lakes employees;

2. Great Lakes shall participate, in good faith, in mediation with the IAM as directed by the National Mediation Board, and shall negotiate in good faith pending exhaustion of the Railway Labor Act Section 6 procedures, or a determination by the National Mediation Board that the IAM is no longer the representative of any craft or class of Great Lakes employees;

3. Great Lakes shall post copies of this Consent Decree, in a conspicuous location routinely visible to its IAM-represented employees, for no less than 30 days following entry of this Decree;

4. This Decree shall be enforceable, upon motion by any party, by this Court.

IT IS SO ORDERED, this 26th day of August, 2008.

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE